# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERDELL GETER,<br><br>　　　　　　　　　　Petitioner,<br>　vs.<br><br>BRUNO STOLC,<br><br>　　　　　　　　　　Respondent. | CASE NO. 12-cv-1178-DMS (JMA)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On May 14, 2012, Petitioner Steven Erdell Geter, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 30, 2013, Magistrate Judge Jan M. Adler issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Petitioner filed objections to the R&R on September 23, 2013.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full and denies the petition for writ of habeas corpus. The Court finds no basis for a certificate of appealability.

**IT IS SO ORDERED**.

DATED: October 17, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　United States District Judge